# Third District Court of Appeal

## State of Florida

Opinion filed September 11, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0897
Lower Tribunal No. F88-25522
_____

## Cliff Smith,
Appellant,

vs.

## The State of Florida,
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Christine Bandin, Judge.

Cliff Smith, in proper person.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before EMAS, FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Smith v. State</u>, 49 Fla. L. Weekly D83 (Fla. 3d DCA Jan. 3, 2024) (citing <u>Lambrix v. State</u>, 217 So. 3d 977, 989 (Fla. 2017); <u>Richardson v. State</u>, 918 So. 2d 999, 1004 (Fla. 5th DCA 2006); <u>Thomas v. State</u>, 949 So. 2d 319, 319 (Fla. 3d DCA 2007); and <u>Gerome v. State</u>, 368 So. 3d 38, 42 (Fla. 3d DCA 2023)).